THE WEXLER FIRM<sup>LLP</sup>
Kenneth A. Wexler
Edward A. Wallace
Andrae P. Reneau
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

KERSHAW, CUTTER & RATINOFF LLP
William A. Kershaw
C. Brooks Cutter
Mark J. Tamblyn
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

KARMEL & GILDEN
Jonathan D. Karmel
221 N. LaSalle Street, Suite 1414
Chicago, IL 60601
Telephone: (312) 641-2910
Facsimile: (312) 641-0781

Attorneys for Plaintiffs
UNITED FOOD AND COMMERCIAL
WORKERS UNIONS AND EMPLOYERS
MIDWEST HEALTH BENEFITS FUND
and the Class, and
PLUMBERS AND PIPEFITTERS LOCAL
572 HEALTH AND WELFARE FUND
and the Class

GIBSON, DUNN & CRUTCHER LLP
Michael A. Sitzman, SBN 156667
Aileen Y. Mo, SBN 229541
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: msitzman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
M. Sean Royall (*pro hac vice* filed)
Joshua Lipton (*pro hac vice* filed)
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 530-9536
Email: sroyall@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Monique Michal Drake, SBN 167188
1801 California Street, Suite 4200
Denver, CO 80202
Telephone: (303) 298-5957
Facsimile: (303) 313-2815
Email: mdrake@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Wayne M. Barsky, SBN 116731
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 557-8183
Facsimile: (310) 552-7010
Email: wbarsky@gibsondunn.com

Attorneys for Defendant
ALZA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO. C-06-0314 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR MOTION TO STAY AND CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Honorable Jeffrey S. White<br>Case Filed: January 18, 2006 |

-1-

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR     Case Nos. C-06-0314 (JSW); C-06-1074 (JSW)
MOTION TO STAY AND CASE MANAGEMENT CONFERENCE

dockets.Justia.com

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 572 HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant.<br><br>AND RELATED ACTIONS | CASE NO. C-06-1074 (JSW)<br><br><br>Assigned to Honorable Jeffrey S. White<br>Case Filed: February 15, 2006 |

On February 14, 2006, the Court entered an order relating the *United Food and Commercial Workers Union and Employers Midwest Health Benefits Fund v. Alza Corp.*, Case No. 06-0314 (JSW) ("*UFCW* action") to two earlier-filed actions pending before Judge Jeffrey S. White (*City of Fargo Health Trust Fund v. Alza Corp.*, C-05-4684 (JSW), and *Local 28 Sheet Metal Workers v. Alza Corp.*, C-05-4758 (JSW) ("the Related Cases")). *See* Order (2/14/06), p. 1. On February 23, 2006, the Court entered an order relating the *Plumbers and Pipefitters Local 572 Health and Welfare Fund v. Alza Corp.*, Case No. 06-1074 (JSW) ("*Local 572* action") to the *UFCW* action and the Related Cases. *See* Order (2/23/06), p. 1. Upon reassignment, the dates scheduled for all previously filed motions and the Case Management Conference ("CMC") were vacated. *Id.*; Order (2/14/06).

Plaintiffs in the *UFCW* action and the *Local 572* action, and Defendant Alza Corporation ("Alza"), by and through their counsel of record, have met and conferred in good faith to reschedule the hearing dates in this Department for: (i) a Motion to Stay Action Pending Ruling by Multidistrict Litigation Panel ("Motion to Stay"); and (ii) the CMC. Because the Motion to Stay that was previously filed in the *UFCW* action (and expected in the *Local 572* action) is identical to a motion already pending in the Related Cases, the parties request that the hearing date and briefing be set to coincide with the other motion in the Related Cases. Similarly, the parties request that the CMC in the *UFCW* action and the *Local 572* action be set to coincide with the CMC already scheduled in the Related Cases.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

-2-

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR MOTION TO STAY AND CASE MANAGEMENT CONFERENCE   Case Nos. C-06-0314 (JSW); C-06-1074 (JSW)

1.  <u>Motion to Stay</u>. Defendant Alza's previously filed Motion to Stay in the *UFCW* action and in the Related Cases shall be deemed filed and served as against Plaintiffs in the *UFCW* action and the *Local 572* action. The hearing date on the Motion to Stay shall be April 7, 2006, at 9:00 a.m. The briefing schedule for the Motion to Stay shall be reset according to the Order issued by Judge White in the Related Cases, as follows: Oppositions to the Motion to Stay shall be due on February 24, 2006, and Alza's reply shall be due on March 3, 2006.

2.  <u>Case Management Conference</u>. The Case Management Conference in the *UFCW* action and the *Local 572* action shall be conducted on April 7, 2006, at 9:00 a.m. (following the hearing on the Motion to Stay). The joint case management statement and proposed order for the CMC shall be due on March 31, 2006.

Dated: February 23, 2006

KERSHAW, CUTTER & RATINOFF LLP

By: _____
    Mark J. Tamblyn

Attorneys for Plaintiffs
UNITED FOOD AND COMMERCIAL
WORKERS UNIONS AND EMPLOYERS
MIDWEST HEALTH BENEFITS FUND and
the Class, and PLUMBERS AND PIPEFITTERS
LOCAL 572 HEALTH AND WELFARE FUND
and the Class

Dated: February 23, 2006

GIBSON, DUNN & CRUTCHER LLP

By: _____ /amo
    Michael A. Sitzman

Attorneys for Defendant
ALZA CORPORATION

The hearing on the motion to stay in 06-0314 is HEREBY SET for April 7, 2006 at 9:00 a.m. The Case Management Conferences in 06-0314 and 06-1074 shall be held on April 7, 2006 immediately following the hearing on the motions to stay.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Dated: ~~February~~ March ___, 2006

_____
Honorable Jeffrey S. White
United States District Judge

40222695_2.DOC

-3-