| | |
|---|---|
| THE WEXLER FIRM<sup>LLP</sup><br>Kenneth A. Wexler<br>Edward A. Wallace<br>Andrae P. Reneau<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 | GIBSON, DUNN & CRUTCHER LLP<br>Michael A. Sitzman, SBN 156667<br>Aileen Y. Mo, SBN 229541<br>One Montgomery Street, Suite 3100<br>San Francisco, California 94104<br>Telephone: (415) 393-8200<br>Facsimile: (415) 986-5309<br>Email: msitzman@gibsondunn.com |
| KERSHAW, CUTTER & RATINOFF LLP<br>William A. Kershaw<br>C. Brooks Cutter<br>Mark J. Tamblyn<br>980 9th Street, Suite 1900<br>Sacramento, CA 95814<br>Telephone: (916) 448-9800<br>Facsimile: (916) 669-4499 | GIBSON, DUNN & CRUTCHER LLP<br>M. Sean Royall (*pro hac vice* filed)<br>Joshua Lipton (*pro hac vice* filed)<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>Facsimile: (202) 530-9536<br>Email: sroyall@gibsondunn.com |
| KARMEL & GILDEN<br>Jonathan D. Karmel<br>221 N. LaSalle Street, Suite 1414<br>Chicago, IL 60601<br>Telephone: (312) 641-2910<br>Facsimile: (312) 641-0781 | GIBSON, DUNN & CRUTCHER LLP<br>Monique Michal Drake, SBN 167188<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br>Telephone: (303) 298-5957<br>Facsimile: (303) 313-2815<br>Email: mdrake@gibsondunn.com |
| Attorneys for Plaintiffs<br>UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND and the Class, and<br>PLUMBERS AND PIPEFITTERS LOCAL 572 HEALTH AND WELFARE FUND and the Class | GIBSON, DUNN & CRUTCHER LLP<br>Wayne M. Barsky, SBN 116731<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 557-8183<br>Facsimile: (310) 552-7010<br>Email: wbarsky@gibsondunn.com<br><br>Attorneys for Defendant<br>ALZA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO. C-06-0314 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR MOTION TO STAY AND CASE MANAGEMENT CONFERENCE**<br><br>Assigned to Honorable Jeffrey S. White<br>Case Filed: January 18, 2006 |

-1-

STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR MOTION TO STAY AND CASE MANAGEMENT CONFERENCE — Case Nos. C-06-0314 (JSW); C-06-1074 (JSW)

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 572 HEALTH AND WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant.<br><br>AND RELATED ACTIONS | CASE NO. C-06-1074 (JSW)<br><br><br>Assigned to Honorable Jeffrey S. White<br>Case Filed: February 15, 2006 |

On February 14, 2006, the Court entered an order relating the *United Food and Commercial Workers Union and Employers Midwest Health Benefits Fund v. Alza Corp.*, Case No. 06-0314 (JSW) ("*UFCW* action") to two earlier-filed actions pending before Judge Jeffrey S. White (*City of Fargo Health Trust Fund v. Alza Corp.*, C-05-4684 (JSW), and *Local 28 Sheet Metal Workers v. Alza Corp.*, C-05-4758 (JSW) ("the Related Cases")). *See* Order (2/14/06), p. 1. On February 23, 2006, the Court entered an order relating the *Plumbers and Pipefitters Local 572 Health and Welfare Fund v. Alza Corp.*, Case No. 06-1074 (JSW) ("*Local 572* action") to the *UFCW* action and the Related Cases. *See* Order (2/23/06), p. 1. Upon reassignment, the dates scheduled for all previously filed motions and the Case Management Conference ("CMC") were vacated. *Id.*; Order (2/14/06).

Plaintiffs in the *UFCW* action and the *Local 572* action, and Defendant Alza Corporation ("Alza"), by and through their counsel of record, have met and conferred in good faith to reschedule the hearing dates in this Department for: (i) a Motion to Stay Action Pending Ruling by Multidistrict Litigation Panel ("Motion to Stay"); and (ii) the CMC. Because the Motion to Stay that was previously filed in the *UFCW* action (and expected in the *Local 572* action) is identical to a motion already pending in the Related Cases, the parties request that the hearing date and briefing be set to coincide with the other motion in the Related Cases. Similarly, the parties request that the CMC in the *UFCW* action and the *Local 572* action be set to coincide with the CMC already scheduled in the Related Cases.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

-2-

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR MOTION TO STAY AND CASE MANAGEMENT CONFERENCE    Case Nos. C-06-0314 (JSW); C-06-1074 (JSW)

1. <u>Motion to Stay</u>. Defendant Alza's previously filed Motion to Stay in the *UFCW* action and in the Related Cases shall be deemed filed and served as against Plaintiffs in the *UFCW* action and the *Local 572* action. The hearing date on the Motion to Stay shall be April 7, 2006, at 9:00 a.m. The briefing schedule for the Motion to Stay shall be reset according to the Order issued by Judge White in the Related Cases, as follows: Oppositions to the Motion to Stay shall be due on February 24, 2006, and Alza's reply shall be due on March 3, 2006.

2. <u>Case Management Conference</u>. The Case Management Conference in the *UFCW* action and the *Local 572* action shall be conducted on April 7, 2006, at 9:00 a.m. (following the hearing on the Motion to Stay). The joint case management statement and proposed order for the CMC shall be due on March 31, 2006.

Dated: February 23, 2006               KERSHAW, CUTTER & RATINOFF LLP

                                       By: _____
                                              Mark J. Tamblyn

                                       Attorneys for Plaintiffs
                                       UNITED FOOD AND COMMERCIAL
                                       WORKERS UNIONS AND EMPLOYERS
                                       MIDWEST HEALTH BENEFITS FUND and
                                       the Class, and PLUMBERS AND PIPEFITTERS
                                       LOCAL 572 HEALTH AND WELFARE FUND
                                       and the Class

Dated: February 23, 2006               GIBSON, DUNN & CRUTCHER LLP

                                       By: _____ /amc
                                              Michael A. Sitzman

                                       Attorneys for Defendant
                                       ALZA CORPORATION

The hearing on the motion to stay in 06-0314 is HEREBY SET for April 7, 2006 at 9:00 a.m. The Case Management Conferences in 06-0314 and 06-1074 shall be held on April 7, 2006 immediately following the hearing on the motions to stay.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Dated: ~~February~~ March ___, 2006        _____
                                              Honorable Jeffrey S. White
                                              United States District Judge

40222695_2.DOC

-3-

STIPULATION AND [~~PROPOSED~~] ORDER SETTING DATES FOR    Case Nos. C-06-0314 (JSW); C-06-1074 (JSW)
MOTION TO STAY AND CASE MANAGEMENT CONFERENCE